UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Miguel Angel ROSAS, Francisco Javier ROSAS, and Jamie Gabriel ARELLANO III,<br><br>Defendants. | No.  1:18MJ 00034 EPG<br>[PROPOSED] SEALING ORDER<br>(UNDER SEAL)<br><br>FILED<br>FEB 23 2018<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, affidavit and arrest warrants in the above-captioned case, together with this ex parte application, the memorandum of points and authorities, the declaration of Jeffrey A. Spivak and this court's sealing order, be kept under until further order of the Court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

DATED 2/22/18

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE