McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00051-LJO-SKO |
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER |
| v. | |
| MIGUEL ANGEL ROSAS AND FRANCISCO JAVIER ROSAS, | COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

WHEREAS, the discovery in this case involves information related to a confidential informant and certain undercover law enforcement officers who may be subject to threats or physical harm if his/her identity were publicly disclosed (the "Protected Information"); and

WHEREAS, the parties desire to have the Protected Information produced to undersigned defense counsel;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Miguel Angel Rosas ("Defendant"), by and through his counsel of record, Kevin Little ("Defense Counsel"), Francisco Javier Rosas ("Defendant"), by and through his counsel of record, Charles Magill ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

STIPULATION FOR PROTECTIVE ORDER          1

2. This Order pertains to the Protected Information, which will be produced to Defense Counsel under a separate Bates number category ("the discovery"). This Order also relates to any verbal communications between the government and Defense Counsel about the confidential informant.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information, verbal or written, that contain Protected Information with anyone other than Defense Counsel, defense investigators, and support staff. Defense Counsel may permit Defendant to review un-redacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow Defendant to copy Protected Information contained in the discovery.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the government. Defense Counsel will return the discovery to the government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

///
///
///
///
///
///
///
///

8. Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked. Defense Counsel agrees to return the discovery to the Government in its complete form if the terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: April 10, 2018    McGREGOR W. SCOTT
United States Attorney

By: /s/ *Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: April 10, 2018    By: /s/ *Kevin G. Little*
KEVIN G. LITTLE
Attorney for Defendant Miguel Angel Rosas

DATED: April 10, 2018    By: /s/ *Charles Magill*
CHARLES MAGILL
Attorney for Defendant Francisco Javier Rosas

IT IS SO ORDERED.

Dated: **April 10, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE